UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CAROL G., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　　　Defendant. | Case No. 5:21-cv-00951-FLA (JPR) <br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, and other records on file herein. The court accepts the findings and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　Plaintiff's request for an order remanding this case for further proceedings is DENIED.

　　　2.　Judgment be entered consistent with this Order.

　　　3.　The clerk serve this Order and the Judgment on all counsel or parties of record.

Dated: June 6, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge