JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CAROL GOMEZ, | Case No. 5:21-cv-00951-FLA (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT Plaintiff's request for an order remanding the case for further proceedings is DENIED and judgment is entered in the Acting Commissioner's favor.

Dated: June 6, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge